IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

RAYMOND R. SEARS, et al          :

       Plaintiffs              :

vs.                              :    Case No. WMN 02 CV 1604

LEO'S VACATION CENTER, INC., et al :

       Defendants              :
* * * * * * * * * * * * * * * * *
LEO'S VACATION CENTER, INC.      :

       Cross-Plaintiff         :

vs.                              :

DAMON CORPORATION                :
and FREIGHTLINER, LLC
                                 :
       Cross-Defendants
* * * * * * * * * * * * * * * * *
LEO'S VACATION CENTER, INC.      :

       Counter-Plaintiff       :

vs.                              :

RAYMOND R. SEARS                 :
and JEANNIE SEARS
                                 :
       Counter-Defendants
                                 :
* * * * * * * * * * * * * * * * * * *

ORDER

Upon the foregoing Motion for Joinder of Additional Parties and Amendment of Pleadings, IT IS, this 30th day of September, 2002, by the United States District Court for the District of Maryland

ORDERED, that Defendant **Leo's BE** and is hereby granted leave to join Freightliner Custom Chassis Corporation as an additional party, and to amend its Cross-Complaint by correcting a typographical error.

_____
                           Judge