IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

2002 OCT 10 A 9:54

OCT 0 9 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| Raymond R. Sears, et al. | * |
| | * |
| Plaintiffs | * |
| vs. | *   Civil No.: WMN 02 CV 1604 |
| | * |
| Leo's Vacation Center, Inc., et al. | * |
| | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Leo's Vacation Center, Inc. | * |
| | * |
| Cross-Plaintiff | * |
| vs. | * |
| | * |
| Damon Corporation and Freighliner, LLC | * |
| | * |
| Cross-Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Leo's Vacation Center, Inc. | * |
| | * |
| Counter-Plaintiff | * |
| | * |
| vs. | * |
| | * |
| Raymond R. Sears and Jeannie Sears | * |
| | * |
| Counter-Defendants | * |

\*   \*   \*

**STIPULATION**

The parties hereto stipulate that plaintiffs' time for designating their expert witnesses shall be extended to September 17, 2002, and the

" _APPROVED_ " THIS _9th_ DAY
OF _October_, 20 _02_
_[signature]_
SENIOR UNITED STATES DISTRICT JUDGE

defendants' time for designating their expert witnesses shall be extended to October 14, 2002.

*Thomas A. Imperiale*
Thomas A. Imperiale, Esquire
Carson, Jones-Bateman & Dreschsler, P.A.
3700 East Northern Pwky
Baltimore, MD 21206-1535
**Attorneys for Leo's Vacation Center**

*Linda S. Woolfe*
Linda S. Woolfe, Esquire
Adam T. Sampson, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street
Baltimore, MD 21202
**Attorneys for Damon Corporation**

*Kara M. Miller*
Kara M. Miller, Esquire
Franklin & Prokopik, P.C.
12 West Dover Street
Easton, MD 21601
**Attorneys for Freightliner, LLC**

*H. Robert Erwin, Jr.*
H. Robert Erwin, Jr.
The Erwin Law Firm, P.A.
10 West Madison Street
Baltimore, MD 21201
(410) 385-6000
**Attorney for Plaintiffs**

## NOTICE OF SERVICE

I hereby certify that on this 7th day of October, 2002, Plaintiffs mailed the foregoing Stipulation to each of the defendants, postage pre-paid. The addresses of counsel for the defendants are as follows:

Thomas A. Imperiale, Esquire
Carson, Jones-Bateman & Dreschsler, P.A.
3700 East Northern Pwky
Baltimore, MD 21206-1535
**Attorneys for Leo's Vacation Center**

Linda S. Woolfe, Esquire
Adam T. Sampson, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street
Baltimore, MD 21202
**Attorneys for Damon Corporation**

Kara M. Miller, Esquire
Franklin & Prokopik, P.C.
12 West Dover Street
Easton, MD 21601
**Attorneys for Freightliner, LLC**

_____
H. Robert Erwin, Jr.