IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
2002 DEC 12  P 3: 28

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | | |
|---|---|---|
| Raymond R. Sears, et al. | | |
| Plaintiffs | * | |
| vs. | * | Civil No.: WMN 02 1604 |
| | * | |
| Leo's Vacation Center, Inc., et al. | * | |
| | * | |
| Defendants | * | |

*********************************************

Leo's Vacation Center, Inc.                *
                                           *
        Cross-Plaintiff                    *
vs.                                        *
                                           *
Damon Corporation and                      *
Freightliner, LLC                          *
                                           *
        Cross-Defendants                   *

*********************************************

Leo's Vacation Center, Inc.                *
                                           *
        Counter-Plaintiff                  *
                                           *
vs.                                        *
                                           *
Raymond R. Sears and                       *
Jeannie Sears                              *
                                           *
        Counter-Defendants                 *

          *     *     *

### AMENDED SCHEDULING ORDER

This scheduling order is being entered pursuant to Local Rule 103.9. **The schedule will not be changed except for good cause.**



## I. **DEADLINES**

| | |
|---|---|
| Defendants' Rule 26(a)(2) designation of additional experts, if needed | December 10, 2002 *UWN* |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosure re: experts | January 17, 2002 *UWN* |
| Rule 26(e)(2) supplementation of disclosures and responses | January 24, 2003 *UWN* |
| **Discovery deadline: Submission of status report** | January 30, 2003 *UWN* |
| Requests for admission | February 7, 2003 |
| **Dispositive pretrial motions deadline** | March 3, 2003 |

12/6/02
Date

_UWNixon_
JUDGE