IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| **RAYMOND R. SEARS, et al** | : |
| Plaintiffs | : |
| vs. | :   Case No. WMN 02 CV 1604 |
| **LEO'S VACATION CENTER, INC., et al** | : |
| Defendants | : |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **LEO'S VACATION CENTER, INC.** | : |
| Cross-Plaintiff | : |
| vs. | : |
| **DAMON CORPORATION** and **FREIGHTLINER, LLC** | : |
| | : |
| Cross-Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   :

| | |
|---|---|
| **LEO'S VACATION CENTER, INC.** | : |
| | : |
| Counter-Plaintiff | : |
| vs. | : |
| | : |
| **RAYMOND R. SEARS** and **JEANNIE SEARS** | : |
| Counter-Defendants | : |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE OF CROSS-COMPLAINT
AS TO CROSS-DEFENDANTS DAMON CORPORATION, FREIGHTLINER, LLC
AND FREIGHTLINER CUSTOM CHASSIS CORPORATION**

Pursuant to a settlement agreement between all parties, this Stipulation of Dismissal is hereby filed, with prejudice, and signed on behalf of all relevant parties.  Each party shall bear its own costs.

/S/_____
Thomas J. Drechsler, Esquire
Federal Bar No. 06154

/S/_____
Thomas A. Imperiale, Esquire
Federal Bar No. 25832
**CARSON, JONES-BATEMAN & DRECHSLER, P.A.**
Suite 400 - Charles Towson Building
1104 Kenilworth Drive
Towson, MD  21204-2101
Tel:  (410) 821-3777
Attorneys for
 Cross- Plaintiff **LEO'S**


/S/_____
Adam T. Sampson, Esquire
Federal Bar No.
**GOODELL, DeVRIES, LEECH & DANN, LLP**
One South Street, 20th Floor
Baltimore, MD  21202
Tel:  410-783-4030
Attorneys for
 Cross-Defendant **DAMON**


/S/_____
Kara M. Miller, Esquire
Federal Bar No.
**FRANKLIN & PROKOPIK, P.C.**
2 South Washington Street, Ste. 6
Easton, MD  21601
Attorneys for
 Cross-Defendant **FREIGHTLINER**