IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| **RAYMOND R. SEARS, et al** : | |
|       Plaintiffs : | |
| vs. : | Case No. WMN 02 CV 1604 |
| **LEO'S VACATION CENTER, INC., et al** : | |
|       Defendants : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**LEO'S VACATION CENTER, INC.** :

      Cross-Plaintiff :

vs. :

**DAMON CORPORATION** :
**and FREIGHTLINER, LLC**
       :
      Cross-Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* :

**LEO'S VACATION CENTER, INC.**
       :
      Counter-Plaintiff
       :

vs. :

**RAYMOND R. SEARS**
**and JEANNIE SEARS** :

      Counter-Defendants :

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE OF COUNTER-COMPLAINT
AS TO COUNTER-DEFENDANT SEARS**

Pursuant to a settlement agreement between all parties, this Stipulation of Dismissal is hereby filed, with prejudice, and signed on behalf of all relevant parties.  Each party shall bear its own costs.

                                /S/_____
                                Thomas J. Drechsler, Esquire
                                Federal Bar No. 06154

/S/_____
Thomas A. Imperiale, Esquire
Federal Bar No. 25832
**CARSON, JONES-BATEMAN & DRECHSLER, P.A.**
Suite 400 - Charles Towson Building
1104 Kenilworth Drive
Towson, MD  21204-2101
Tel:  (410) 821-3777
Attorneys for
 Counter-Plaintiff **LEO'S**


/S/_____
H. Robert Erwin, Jr., Esquire
Federal Bar No.
**THE ERWIN LAW FIRM, P.A.**
8 West Madison Street
Baltimore, MD  21201
Tel:
Attorneys for
 Counter-Defendant **SEARS**